## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **ROSIA THOMPSON,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) ) Case No.: 1:19-cv-00031-SL |
| **ALLIED INTERSTATE, LLC,** | ) ) ) |
| **Defendant** | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>February 8, 2019</u>　　　　　　　BY: */s/ Amy Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　　Amy Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888 ext. 167
　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 600-2112
　　　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 8th day of February, 2019, a true and correct copy of the foregoing pleading served via mail to the below:

**Allied Interstate, LLC**
**200 Central Avenue**
**7th Floor**
**St. Petersburg, FL 33701**

                                            */s/ Amy Bennecoff Ginsburg*
                                            Amy Bennecoff Ginsburg Esquire
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888 ext. 167
                                            Facsimile: (877) 600-2112
                                            Email:aginsburg@creditlaw.com
                                            Attorney for Plaintiff